# JURY QUESTIONS

## Question 1

Has Plaintiff Felix proved that Defendant The Mary Kay Foundation was her employer as well as Defendant Mary Kay Inc.?

Answer "Yes" or "No"

Answer: _Yes_

*If you answer "Yes" to Question 1, then answer the following questions as to both Defendant Mary Kay Inc. and Defendant The Mary Kay Foundation. If you answer "No" to Question 1, only answer the following questions as to Defendant Mary Kay Inc.*

## Question 2: FMLA Interference

Did either of the Defendants named below fail or refuse to restore Plaintiff Felix to her same or an equivalent job position on her return from FMLA leave?

Answer "Yes" or "No," but do not answer as to Defendant The Mary Kay Foundation if you answered "No" to Question 1:

Defendant Mary Kay Inc.: __No__

Defendant The Mary Kay Foundation: __No__

22

Question 3: FMLA Retaliation

Was either of the below named Defendants' decision to alter the terms and conditions of Plaintiff Felix's employment and/or terminate Plaintiff Felix's employment motivated by Plaintiff Felix's FMLA-protected activity?

Answer "Yes" or "No," but do not answer as to Defendant The Mary Kay Foundation if you answered "No" to Question 1:

Defendant Mary Kay Inc.: __Yes__

Defendant The Mary Kay Foundation: __Yes__

23

*If you answered "Yes" to Question 2 or 3, then answer Questions 4 and 5. If you answered "No" to Question 2 and 3, do not answer Questions 4 and 5, and skip ahead to Question 6.*

<u>Question 4</u>

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Felix for the damages, if any, you have found Defendant Mary Kay Inc. and/or Defendant The Mary Kay Foundation caused Plaintiff Felix?

Answer in dollars and cents for the following items and no others:

Wages, salary, employment benefits, or other compensation denied or lost from September 3, 2019 to the present day:

$ _137,100.00_

Question 5

Do you find that any of those named below acted in good faith and had reasonable grounds for believing that its actions complied with the FMLA?

Answer "Yes" or "No":

Defendant Mary Kay Inc.: __Yes__

Defendant The Mary Kay Foundation: __Yes__

25

## II. FLSA Questions

### Question 6: Joint Employers

Has Plaintiff Felix proved that Defendant The Mary Kay Foundation and Defendant Mary Kay Inc. were her joint employers?

Answer "Yes" or "No"

Answer: __No__

*If you answer "Yes" to Question 6, then answer the following questions in Section II as to both Defendant Mary Kay Inc. and Defendant The Mary Kay Foundation. If you answer "No" to Question 6, only answer the following questions as to Defendant Mary Kay Inc.*

Question 7

Has Plaintiff Felix proved that she was engaged in commerce or in the production of goods for commerce or employed by an enterprise engaged in commerce or in the production of commercial goods?

Answer "Yes" or "No":

Answer: __Yes__

*If you answered "Yes," answer Questions 8 and 9. If you answered "No," do not answer any more questions.*

Question 8

Has Defendant Mary Kay Inc. and/or Defendant The Mary Kay Foundation proved that Plaintiff Felix was exempt from the overtime-pay requirement as an administrative employee in her role as CSR Specialist that she held from July 2013 through February 2019?

Answer "Yes" or "No":

Defendant Mary Kay Inc.: __Yes__

Defendant The Mary Kay Foundation: _____

Question 9

Has Defendant Mary Kay Inc. and/or Defendant The Mary Kay Foundation proved that Plaintiff Felix was exempt from the overtime-pay requirement as an administrative employee in her role as Specialist Corporate Social Responsibility from February 2019 through September 3, 2019?

Answer "Yes" or "No":

Defendant Mary Kay Inc.: __Yes__

Defendant The Mary Kay Foundation: _____

*If you answered "Yes" to Question 8, do not answer Question 10 and skip to Question 11. If you answered "No" to Question 8, answer Question 10.*

Question 10

Has Plaintiff Felix proved that Defendant Mary Kay Inc. and/or Defendant The Mary Kay Foundation failed to pay her the overtime pay required by law in her role as CSR Specialist that she held from July 2013 through February 2019?

Answer "Yes" or "No":

Defendant Mary Kay Inc.: _____

Defendant The Mary Kay Foundation: _____

*If you answered "Yes" to Question 9, do not answer Question 11 and skip to Question 12. If you answered "No" to Question 9, answer Question 11.*

<u>Question 11</u>

Has Plaintiff Felix proved that Defendant Mary Kay Inc. and/or Defendant The Mary Kay Foundation failed to pay her the overtime pay required by law in her role as Specialist Corporate Social Responsibility from February 2019 through September 3, 2019?

Answer "Yes" or "No":

Defendant Mary Kay Inc.: _____

Defendant The Mary Kay Foundation: _____

*If you answered "Yes" to Question 10, answer Question 12. If you answered "No" to Question 10, do not answer Question 12 and skip ahead to Question 13.*

<u>Question 12</u>

Has Plaintiff Felix proved that she is entitled to recover damages under the FLSA for the time period she was employed as CSR Specialist from July 2013 through February 2019?

Answer "Yes" or "No":

Defendant Mary Kay Inc.: _____

Defendant The Mary Kay Foundation: _____

*If you answered "Yes" to Question 11, answer Question 13. If you answered "No" to Question 11, do not answer Question 13 and skip ahead to Question 14.*

Question 13

Has Plaintiff Felix proved that she is entitled to recover damages under the FLSA for the time period she was employed as Specialist Corporate Social Responsibility from February 2019 through September 3, 2019?

Answer "Yes" or "No":

Defendant Mary Kay Inc.: _____

Defendant The Mary Kay Foundation: _____

*If you answered "Yes" to Question 10, answer Question 14.*

Question 14

Has Plaintiff Felix proved that Defendant Mary Kay Inc. and/or Defendant The Mary Kay Foundation either knew its conduct was prohibited by the FLSA or showed reckless disregard for whether its conduct was prohibited by the FLSA while Plaintiff Felix was employed as CSR Specialist from July 2013 through February 2019?

Answer "Yes" or "No":

Defendant Mary Kay Inc.: _____

Defendant The Mary Kay Foundation: _____

*If you answered "Yes" to Question 8, "No" to Question 10, or "No" to Question 12, do not answer Question 15 and skip ahead to Question 16.*

Question 15

*If your answer to Question 14 is "Yes," you should award damages for the period from March 20, 2017 to February 2019. If your answer to Question 14 is "No," you should award damages for the period from March 20, 2018 to February 2019.*

What sum of money would fairly and reasonably compensate Plaintiff Felix for the damages, if any, Defendant Mary Kay Inc. and/or Defendant The Mary Kay Foundation caused Plaintiff Felix while in her role as CSR Specialist?

Answer in dollars and cents for the following items and no other:

Answer: $_____

*If you answered "Yes" to Question 9, "No" to Question 11, or "No" to Question 13, do not answer Question 16 and skip ahead to Question 17.*

Question 16

What sum of money would fairly and reasonably compensate Plaintiff Felix for the damages, if any, Defendant Mary Kay Inc. and/or Defendant The Mary Kay Foundation caused Plaintiff Felix while in her role as Specialist Corporate Social Responsibility from February 2019 through September 3, 2019?

Answer in dollars and cents for the following items and no other:

Answer: $_____

*If you answered "Yes" to Question 10 and assessed damages in Question 15, then answer the Question 17. Otherwise, do not answer Question 17 and skip ahead to Question 18.*

<u>Question 17</u>

Do you find that Defendant Mary Kay Inc. and/or Defendant The Mary Kay Foundation acted in good faith and had reasonable grounds for believing that its actions complied with the FLSA while Plaintiff Felix was employed as CSR Specialist?

Answer "Yes" or "No":

Defendant Mary Kay Inc.: _____

Defendant The Mary Kay Foundation: _____

*If you answered "Yes" to Question 11 and assessed damages in Question 16, then answer the Question 18. Otherwise, do not answer Question 18.*

<u>Question 18</u>

Do you find that Defendant Mary Kay Inc. and/or Defendant The Mary Kay Foundation acted in good faith and had reasonable grounds for believing that its actions complied with the FLSA while Plaintiff Felix was employed as Specialist Corporate Social Responsibility?

Answer "Yes" or "No":

Defendant Mary Kay Inc.: _____

Defendant The Mary Kay Foundation: _____

We the jury have unanimously agreed to the answers to the above questions and returned such answers in open court as our verdict in this cause.

_Kasey Jo Rose_                    _3-28-2023_
Foreperson                                           Date