UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHELLE FELIX, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:20-CV-0683-X |
| MARY KAY, INC. and THE MARY KAY FOUNDATION, | § | |
| | § | |
| *Defendants.* | § | |

## DISMISSAL ORDER

Before the Court is the parties' Stipulation of Dismissal of Defendants with Prejudice. (Doc. 115). The Court considers the stipulation as a motion to dismiss with prejudice. Having reviewed the motion, the Court **GRANTS** the motion and **DISMISSES WITH PREJUDICE** all claims against the Defendants. Each party will bear its own fees and costs.

**IT IS SO ORDERED** this 30th day of October, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1